**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN SOK, | ) | CASE NO.  CV 12-09103 RZ |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| G.D. LEWIS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JOHN SOK for a writ of habeas corpus. In light of the Court's review of the Petition and supporting papers, and for the reasons set out in the Memorandum And Order granting Respondent's dismissal motion,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 10, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE